

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2015

No. 04-15-00215-CV

**IN RE** Gabriela Basurto **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

On April 10, 2015, relator Gabriela Basurto Martinez filed a petition for writ of mandamus. The court has considered relator's petition and the mandamus record and has determined that relator is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Rebecca Palomo is ORDERED to vacate the April 9, 2015 order. The writ will issue only if we are notified that Judge Palomo has not done as directed within fifteen days of the date of this order.

It is so **ORDERED** on July 1, 2015.

_Sandee Bryan Marion_, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014CVF001593 D3, styled *Gabriela Basurto Martinez, Individually and as Representative of the Estate of Jose Basurto Martinez v. M&T Bank; M&T Mortgage Corporation; Federal Home Loan Mortgage Corporation; and County of Webb*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.